**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Lewis Dean GIBSON, a/k/a Sld Dft 3,
a/k/a Dean Forney, Defendant—
Appellant.**

No. 08–8408.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Chiege O. Kalu Okwara, Charlotte, North Carolina, for Appellant. Thomas Richard Ascik, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lewis Dean Gibson appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gibson,* No. 1:97–cr–00310–LHT–3 (W.D.N.C. Nov. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*